IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

vs.                            *       Case No. RDB-11-0547

John Adams                     *

                         ******

**ORDER OF DETENTION BY AGREEMENT**

A hearing, having been held on this date, at which the defendant was represented by __Paul Hazlehurst__, and the Government was represented by Assistant United States Attorney __Chris Romano__, it is

**ORDERED,** this __10th__ day of __November,__ __2011__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Stephanie A. Gallagher
United States Magistrate Judge