IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

\*

vs.   Case No. RDB-11-0547

\*

John Adams

\*

\*\*\*\*\*\*

### ORDER FOR MEDICAL EVALUATION
### AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications:

*He has received medication and treatment for anxiety and wishes to continue receiving treatment*

and the Court having the following additional concerns:

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider:

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

November 10, 2011
Date

Stephanie A. Gallagher
United States Magistrate Judge