IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.  RDB-11-0547 |
| **JOHN ADAMS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, John Adams, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence imposed in this action as set forth in open court on May 3, 2013.

                    Respectfully submitted,

                    JAMES WYDA
                    Federal Public Defender

Date:   May 14, 2013                     /s/
                                          PAUL D. HAZLEHURST (#08156)
                                          Assistant Federal Public Defender
                                          9th Floor, Tower II
                                          100 South Charles Street
                                          Baltimore, Maryland  21201
                                          (410)  962-3962
                                          Fax: (410) 962-0872
                                          Email: Paul_Hazlehurst@fd.org