THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

V.                                       RDB-11-0547

JOHN HENRY ADAMS
  Defendant

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
SEP 23 2015
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

DEFENDANT JOHN ADAMS REQUEST FOR POSTPONEMENT OF SENTENCING HEARING

Defendant, pro se, John Henry Adams ("Adams"), Hereby submits as follows:

Adams was originally sentenced in this matter on May 3rd 2013. This court erred and the Fourth Circuit remanded this matter for re-sentencing. Adams was led to believe by false assertions by the Government that re-sentencing was originally scheduled for August 24th, 2015 and then purportedly the hearing was rescheduled for October 1st 2015.

Adams has sent multiple letters to the court reguarding serious concerns for the protection of his rights.

Adams is unaware if his prior counsel has entered his appearance. Adams has informed the court that his prior counsel is not communicating with him nor was his counsel protecting his interests in this matter. Adams is now aware that his prior counsel has not prepared the required sentencing memorandum, has not properly challenged the Government's sentencing memorandum which includes numerous falsehoods and inaccurate information nor has he

procured evidence that is needed to present to the court during re-sentencing.

    As the court is aware, Adams is permitted to present any information to the court to mitigate his sentence, see Fed. R. Crim. P. 32. Adams intends to present substantive evidence to support the appropriate sentence. Adams is requesting a 60 day extension so that he is able to coordinate the engagement of new counsel and to properly file the required documents and procure the evidence required for submission to the Court. The delay will not prejudice the Government in any way, the re-sentencing hearing is a result of a remand from the Fourth Circuit.

    Respectfully Submitted  September 20, 2015

John Henry Adams
Defendant, pro se
CDF # 2626053
401 E Madison St
Baltimore, MD 21202