IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-11-0547 |
| JOHN ADAMS | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER CLOSING AND SEALING COURT PROCEEDINGS**

For good cause shown, and at the request of the Defendant, it is HEREBY ORDERED this 25th day of September, 2015 that the Resentencing proceedings in this case involving the recalculation of the advisory sentencing guidelines for the Defendant John Adams are CLOSED to the public and that the record of such proceedings are SEALED.

/s/
Richard D. Bennett
United States District Judge