IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| LEMOYNE VENEY, pro se<br>Petitioner | * <br> * <br> * <br> * <br> * | Civil Case No.    : RDB-14-2324<br>Criminal Case No. : RDB-11-0691 |
| v. | * <br> * <br> * <br> * | FEB 19 2016<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |
| UNITED STATES OF AMERICA<br>Respondent | * <br> * <br> * | BY       [Judge Richard Bennett] |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO UNSEAL AND PRODUCE COPY OF ENTIRE DOCKET

COMES NOW, Petitioner, LEMOYNE VENEY, pro se, requesting this court to "UNSEAL" the entire docket, all of the appellate briefs, oral arguements, and any other relative filings that are typically available to the general public, for the following case::

**UNITED STATES  v.  JOHN ADAMS, a/k/a L.J., a/k/a/ Little Johnny**

**1:11-cr-oo547-RDB-11**

This MOTION TO UNSEAL AND PRODUCE COPY OF ENTIRE DOCKET is executed on this the 8th Day of FEBRUARY 2016, by ......

_____
LEMOYNE VENEY, Petitioner

CERTIFICATE OF SERVICE
*********************************************

I certify that on 12 FEBRUARY 2016 Iserved a copy of this MOTION TO UNSEAL AND PRODUCE COPY OF ENTIRE DOCKET on all parties, addressed as shown below :

UNITED STATES ATTORNEY
TAMERA FINE (AUSA)
36 S. CHARLES STREET
FOURTH FLOOR
BALTIMORE, MD 21201

_____
LEMOYNE VENEY, Petitioner